IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Ramsey-Fry, Delores | Case Number: 07 B 11370 |
| | Judge: Squires, John H |
| Printed: 10/14/08 | Filed: 6/26/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 3, 2008
Confirmed: September 12, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 36,405.00 | |
| Secured: | | 34,305.68 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 2,099.32 |
| Other Funds: | | 0.00 |
| Totals: | 36,405.00 | 36,405.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 4. | Franklin Credit Management Corporation | Secured | 0.00 | 0.00 |
| 5. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 6. | Franklin Credit Management Corporation | Secured | 0.00 | 0.00 |
| 7. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 8. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 9. | Bank Of New York | Secured | 0.00 | 0.00 |
| 10. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 11. | Bank Of New York | Secured | 0.00 | 0.00 |
| 12. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 13. | Litton Loan Servicing | Secured | 35,309.82 | 24,384.44 |
| 14. | GMAC Mortgage Corporation | Secured | 13,917.54 | 9,611.24 |
| 15. | Bose Corporation | Secured | 457.38 | 40.00 |
| 16. | Great American Finance Company | Secured | 814.77 | 40.00 |
| 17. | Citizens Financial Services | Secured | 1,946.32 | 80.00 |
| 18. | American General Finance | Secured | 1,096.47 | 60.00 |
| 19. | Cook County Treasurer | Secured | 519.97 | 30.00 |
| 20. | GE Capital Auto Lease | Secured | 1,201.73 | 60.00 |
| 21. | GMAC Mortgage Corporation | Secured | 2,387.62 | 0.00 |
| 22. | Litton Loan Servicing | Secured | 5,186.37 | 0.00 |
| 23. | Peoples Energy Corp | Unsecured | 170.99 | 0.00 |
| 24. | Target National Bank | Unsecured | 24.38 | 0.00 |
| 25. | American Express | Unsecured | 727.34 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | | |
|---|---|---|---|
| **IN RE:** Ramsey-Fry, Delores | | Case Number: 07 B 11370 | |
| | | Judge: Squires, John H | |
| Printed: 10/14/08 | | Filed: 6/26/07 | |

| | | | |
|---|---|---:|---:|
| 26. Cook County Treasurer | Unsecured | 1.50 | 0.00 |
| 27. ECast Settlement Corp | Unsecured | 55.45 | 0.00 |
| 28. T Mobile USA | Unsecured | 24.97 | 0.00 |
| 29. Jefferson Capital Systems LLC | Unsecured | 28.52 | 0.00 |
| 30. ECast Settlement Corp | Unsecured | 37.96 | 0.00 |
| 31. ECast Settlement Corp | Unsecured | 34.90 | 0.00 |
| 32. Portfolio Recovery Associates | Unsecured | 60.22 | 0.00 |
| 33. Nicor Gas | Unsecured | 40.55 | 0.00 |
| 34. Cook County Treasurer | Secured | | No Claim Filed |
| 35. First Franklin Financial | Secured | | No Claim Filed |
| 36. Cook County Treasurer | Secured | | No Claim Filed |
| 37. Cook County Treasurer | Secured | | No Claim Filed |
| 38. R H Donnelly Publishing | Unsecured | | No Claim Filed |
| 39. AT&T | Unsecured | | No Claim Filed |
| 40. Wanda Conner | Unsecured | | No Claim Filed |
| 41. AOL | Unsecured | | No Claim Filed |
| 42. Carson Pirie Scott | Unsecured | | No Claim Filed |
| 43. Credit Management Co. | Unsecured | | No Claim Filed |
| 44. Carson Pirie Scott | Unsecured | | No Claim Filed |
| 45. Commonwealth Edison | Unsecured | | No Claim Filed |
| 46. Monitronics | Unsecured | | No Claim Filed |
| 47. City Of Chicago | Unsecured | | No Claim Filed |
| 48. Professional Career Development Ins | Unsecured | | No Claim Filed |
| 49. Per Se Technologies, Inc | Unsecured | | No Claim Filed |
| 50. School Of Skilled Trades | Unsecured | | No Claim Filed |
| 51. Receivables Control Corporation | Unsecured | | No Claim Filed |
| 52. Wolpoff & Abramson | Unsecured | | No Claim Filed |
| 53. Nicor Gas | Unsecured | | No Claim Filed |
| 54. AT&T | Unsecured | | No Claim Filed |
| 55. The McGraw Hill Companies | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 64,044.77 | $ 34,305.68 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 1,310.56 |
| 6.5% | 788.76 |
| | _____ |
| | $ 2,099.32 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____